IN RE LINEBERRY

No. 13P03

Case below: 154 N.C. App. 246

Petition by respondent (Lineberry) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003. Motion by Attorney General to dismiss appeal dismissed as moot 27 February 2003.

IN RE MILLS

No. 488P02

Case below: 152 N.C. App. 1

Petition by respondent (Richard N. Mills) for writ of certiorari to review the decision of the North Carolina court of Appeals denied 27 February 2003.

IN RE RHYNE

No. 639P02

Case below: 154 N.C. App. 477

Petition by Attorney General for writ of supersedeas denied 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Temporary stay dissolved 27 February 2003. Conditional petition by respondent for discretionary review as to additional issues pursuant to G.S. 7A-31 dismissed as moot 27 February 2003.

JORDAN v. CIVIL SERV. BD. FOR THE CITY OF CHARLOTTE

No. 608P02

Case below: 153 N.C. App. 691

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.